IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CV-203-BO

| | |
|---|---|
| CARLOS A. ALFORD, <br> Plaintiff, <br><br> v. <br><br> GRACE DOLFI, *et al.*, <br> Defendants. | ) <br> ) <br> ) <br> )      O R D E R <br> ) <br> ) <br> ) |

This matter is before the Court following plaintiff's failure to respond to the Court's order to show cause why this case should not be dismissed for failure to prosecute. [DE 8]. As plaintiff has failed to respond to an order of this Court, *Ballard v. Carlson*, 882 F.2d 93, 95 (4th Cir. 1989), and has further failed to effect service on defendants within the time provided by Rule 4 of the Federal Rules of Civil Procedure, this action is hereby DISMISSED without prejudice. The clerk is DIRECTED to close the case.

SO ORDERED, this 25 day of April 2023.

*Terrence W. Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE