UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CARLOS A. ALFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| GRACE DOLFI, DIX CRISIS CENTER, ) | 7:20-CV-203-BO |
| RECOVERY INOVATION, MR. JULIAN, and ) | |
| DAVID COVINGTON, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby DISMISSED without prejudice.

This case is closed.

**This judgment filed and entered on April 26, 2023, and served on:**
Carlos A. Alford (via US Mail to 126 Trombay Drive, Wilmington, NC 28412)

PETER A. MOORE, JR., CLERK

April 26, 2023

 /s/ Lindsay Stouch
By: Deputy Clerk